UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIE C. BASSETT, JR.,

    Plaintiff,

v.

JARRETT GROVER,

    Defendant.

_____/

Case No. 2:24-cv-95

HON. JANE M. BECKERING

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant filed a Motion for partial summary judgment due to Plaintiff's failure to exhaust administrative remedies (ECF No. 15). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 22) on July 28, 2025, recommending that this Court grant the motion and dismiss without prejudice Plaintiff's November 26, 2023 retaliation claim due to Plaintiff's failure to exhaust his administrative remedies. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for partial summary judgment (ECF No. 15) is GRANTED, and Plaintiff's November 26, 2023 retaliation claim against Defendant is DISMISSED WITHOUT PREJUDICE.

The case proceeds as to Plaintiff's December 29, 2023 retaliation claim against Defendant.

Dated: August 25, 2025         /s/ Jane M. Beckering
                                            JANE M. BECKERING
                                            United States District Judge